IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PIEDMONT HAWTHORNE )
AVIATION, INC, )
)
      Plaintiff, )
)
v. ) 1:04CV00835
)
)
TRITECH ENVIRONMENTAL )
HEALTH AND SAFETY, INC., )
)
      Defendant. )

## ORDER

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that Defendant's Motion to Dismiss, or, in the Alternative, to Transfer Venue [Document #7] is DENIED in part and GRANTED in part. Defendant's Motion to Dismiss based upon personal jurisdiction is DENIED as being moot. However, Defendant's Alternative Motion to Transfer Venue is GRANTED and this action is hereby transferred to the U.S. District Court for the Northern District of New York.

This, the 22nd day of November, 2005.

                                                                            _____
                                                                            United States District Judge